UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ALLEN SUSKE KINNEY,

          Plaintiff,

v.

STATE OF WASHINGTON, et al.,

          Defendants.

CASE NO. C15-5354 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 10), and Plaintiff James Allen Suske Kinney's ("Kinney") objections to the R&R (Dkt. 11).

On July 6, 2015, Judge Strombom issued the R&R recommending that the Court dismiss Kinney's complaint without prejudice for failure to state a claim and for failure to correct identified deficiencies in the original complaint. Dkt. 10. On July 23, 2015, Kinney filed a notice of appeal. Dkt. 11.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

ORDER - 1

1  modify the recommended disposition; receive further evidence; or return the matter to the

2  magistrate judge with instructions.  Fed. R. Civ. P. 72(b)(3).

3       In this case, Kinney filed a notice of appeal instead of objections.  Because Kinney

4  failed to file substantive arguments objecting to any portion of the R&R, the Court will

5  review the R&R for clear err.  Upon review of the R&R, the Court finds no err.

6  Therefore, the Court having considered the R&R, Kinney's appeal, and the remaining

7  record, does hereby find and order as follows:

8      (1)    The R&R is **ADOPTED**; and

9      (2)    This action is **DISMISSED without prejudice**.

10      Dated this 31st day of August, 2015.

                           BENJAMIN H. SETTLE
                           United States District Judge